**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**HUMPHREY WANJALA** **PLAINTIFF**

**v.** **CASE NO. 4:26-CV-00660-BSM**

**UNITED STATES CITIZENSHIP AND**
**IMMIGRATION SERVICES, *et al.*** **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 18th day of September, 2026.

UNITED STATES DISTRICT JUDGE